*RMW*

*530*

**FILED**

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*APR 29 2008*

1
**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name  Hernandez morales, Elias
   (Last)                        (Initial)

3

4  Prisoner Number 72342-008

5  Institutional Address  P. O Box. 4000, Springfield miss.
   65801

6

7                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**

8  Elias Hernandez morales
   (Enter the full name of plaintiff in this action.)

**CV 08        2238**

9

10              vs.                          Case No. 0400 5L
                                             (To be provided by the clerk of court)

11  Marty Anderson, Warden

12  U.S. Medical Center for Federal        **PETITION FOR A WRIT**
                                           **OF HABEAS CORPUS**
    Prisoners

13

14  Springfield, MO                                              *RMW*
   (Enter the full name of respondent(s) or jailor in this action)

**E-filing        (PR)**

15

16

17              Read Comments Carefully Before Filling In

18  When and Where to File

19          You should file in the Northern District if you were convicted and sentenced in one of these

20  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

21  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

22  this district if you are challenging the manner in which your sentence is being executed, such as loss of

23  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

24          If you are challenging your conviction or sentence and you were not convicted and sentenced in

25  one of the above-named fifteen counties, your petition will likely be transferred to the United States

26  District Court for the district in which the state court that convicted and sentenced you is located. If

27  you are challenging the execution of your sentence and you are not in prison in one of these counties,

28  your petition will likely be transferred to the district court for the district that includes the institution

    where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  <u>Who to Name as Respondent</u>

2      You must name the person in whose actual custody you are.  This usually means the Warden or

3  jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  <u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11      1.  What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14          del Rio Tx.                    Il brod way 78840Tx.

15                 Court                              Location

16          (b)    Case number, if known Cr4400 SL.

17          (c)    Date and terms of sentence  I broke in status
                                              looking  for

18          (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19                 parole or probation, etc.)        Yes ✓    No ____

20                 Where?

21                 Name of Institution: Springfield miss. Medical Center

22                 Address: Srinfiel miss. p. 0 Box 4000-65801

23      2.  For what crime were you given this sentence?  (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  Case. Or Stemant for INS.

27  Alien. Imigration. Immigration

28

3. Did you have any of the following?

Arraignment:             Yes _✓_    No ____

Preliminary Hearing:    Yes ____    No _✗_

Motion to Suppress:    Yes ____    No _✗_

4. How did you plead?

Guilty ____    Not Guilty _✗_    Nolo Contendere ____

Any other plea (specify) ___Guilty held.___

5. If you went to trial, what kind of trial did you have?

Jury _✗_    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?    Yes _✗_    No ____

7. Did you have an attorney at the following proceedings:

(a)    Arraignment    Yes _✓_    No ____

(b)    Preliminary hearing    Yes ____    No _✓_

(c)    Time of plea    Yes ____    No _✓_

(d)    Trial    Yes ____    No _✓_

(e)    Sentencing    Yes ____    No _✓_

(f)    Appeal    Yes _✓_    No ____

(g)    Other post-conviction proceeding    Yes _✓_    No ____

8. Did you appeal your conviction?    Yes _✓_    No ____

(a)    If you did, to what court(s) did you appeal?

Court of Appeal    Yes _✗_    No ____

Year: 2006    Result: ____

Supreme Court of California    Yes _✓_    No ____

Year: 2007    Result: docked chief face

Any other court    Yes _✓_    No ____

Year: 2002    Result: I state for Trial.

(b)    If you appealed, were the grounds the same as those that you are raising in this

1  petition?                                          Yes __✓__  No____

2  (c)  Was there an opinion?                         Yes __✓__  No____

3  (d)  Did you seek permission to file a late appeal under Rule 31(a)?

4                                                     Yes __✓__  No____

5  If you did, give the name of the court and the result:

6  _Room B112 110 South Church Av._

7  _Tucson, AZ. 85,701 -16_

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?    Yes __✓__  No____

10  [Note:  If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition.  You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15  U.S.C. §§ 2244(b).]

16  (a)  If you sought relief in any proceeding other than an appeal, answer the following

17  questions for each proceeding.  Attach extra paper if you need more space.

18  I.  Name of Court: _San Jose CA 1st Room 280 95/13_

19  Type of Proceeding: _2255 motion trial, Appeal local_

20  Grounds raised (Be brief but specific):

21  a. _The Appeal, 2255._

22  b. _Have. Indicment._

23  c. _Case: enter but not Seender_

24  d. _fcr Case APPEAL._

25  Result: _Cross - APPAL_  Date of Result: _2002_

26  II.  Name of Court: _Tucson. Az. Room B112. 110 Church_

27  Type of Proceeding: _Case; Cr4400 SC._

28  Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1   a. _Loss or waiver of right_
2   b. _to Intervene._
3   c. _Estoppel or duty to Intervene:_
4   d. _qection of remedies_
5   Result: _Notica of Arrignment_ Date of Result: _14-2-07_
                 _or S,B,A_
6   III.  Name of Court: _Del Rio tx._
7         Type of Proceeding: _Motion Habeas Curpus 2255-2254._
8         Grounds raised (Be brief but specific):
9         a. _40, 70 AM Jur 2d. Pensions and_
10        b. _Retirement Funds. 456, 462_
11        c. _____
12        d. _affidavit_
13        Result: _83,-ALR Fed. 16_ Date of Result: _14-2-07_
14   IV.  Name of Court: _SAn Francisco cn_
15        Type of Proceeding: _General Principles 1-4_
16        Grounds raised (Be brief but specific):
17        a. _41, Am Jur Social. Security_
18        b. _and Medicare 1037 - 1140._
19        c. _Student loans_
20        d. _FDIc. Actions._
21        Result: _Rule 17 J. Personal Earnings_ Date of Result: _4-4-07_
22   (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                              Yes ✓      No____
24        Name and location of court: _del Rio "'Broduay 78840_
25  **B. GROUNDS FOR RELIEF**
26        State briefly every reason that you believe you are being confined unlawfully. Give facts to
27   support each claim. For example, what legal right or privilege were you denied? What happened?
28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1   need more space.  Answer the same questions for each claim.

2       [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3   petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5   Claim One: Annotations  Modern. Status and Apli.

6   cation  of rule  trost only Voluntary tranter.

7   Supporting Facts: ____ 1446  (Soil conservation beni-

8   fits.)

9   _____

10  _____

11  Claim Two: 34. Restatement (second/of Penhad

12  Id 324. Compre oost

13  Supporting Facts: Youngberg  y El Paso  Brick

14  Co. 155 SW  715 (Tex. Civ. APP. El

15  Paso  1913.

16  _____

17  Claim Three: 42. 53 Am Jur. 2d Military and

18  Civil Defense  174.

19  Supporting Facts: Forms: Answer – Denial

20  of Assignment - No

21  execution or delivery of Intrument

22  2 Am Jur PLY Pr Forms (Rev) Assignment

    Form 8

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  Order to Pay Proceed of Purchase order 2Am

26  effect Various  Statutes/legal form 2d Assignment

27  C. Delivery or tranfer 131 – 134 Research 15,165

28  References ALR Digest. Assignment 12, 15

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1       List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3  of these cases:

4  294-005L        Cr. 4142  DMW.

5       5,30400  cv:

6  _____

7  Do you have an attorney for this petition?                    Yes ✓     No____

8  If you do, give the name and address of your attorney:  Blvr. Veterans.

9  Manuel Pacheco 1700  Bv. de los Flores del Rio

10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in    TX.

11  this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on  3 - 4 - 0 8                        Elias. Hernandez m.

14              Date                              Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 7 -

4. Suspension, amendment of
Pleadings or Change of Parties. Generally 73 L. Ed 2d 868

Case 5:08-cv-02238-RMW   Document 1   Filed 04/29/2008   Page 8 of 360 Employment Generally

A, 215 united states courhose 111,
East brodway street del rio tx. 78840-5573

doked; cr 9400 sl

38. Surprise.

elias hernandez morales #72343-00S   2255.2460. 912 - 920,
142. withdrawal of application or petition   215. Sentencing 408 wages.
Research References
West, Key Number DIGEST, Aliens 40, 60. 1

The applicant or petioner may withdraw an aplication or petition
at any time until a decision is issued by the INS! or, in the case
of an approved petition, until the person is admitted or granted
an adjustment or change of status based on the petition.
Caution: A wihdrawal may not be retracted Withdrawal of an aplication
or petition does not preclude the filing of a new application o
r petition with a new fee. However. the priority or processing date
of a withdrawn application or petition may not be applied to a later
application or ; petition Although the withdrawal itself does
not affect the new proceeding, the facts and circunstances surro-
unding the prior application or petition are otherwise material
to the new application or petition.
201. Effect of appeal to BIA; stay of execution of appealed deci-
sion   4. Other Payments, Acts, or Cmissions.
Research Refereces
west s key Number Digest, Aliens 40, 60
once an appeal is filed withe BIA, any motions thereafter must
be directed to the BIA, the only exceptions being where there is
awithdrawal of the appeal.
with the exception of an order by an immigration judge denying
a motin to reopen or reconsider or a motin to stay deportation,
or other stated exceptions, the decision in any proceeding from
which an appeal to the board of immigration Appels (BIA) has been take
is not executed during the time allowed for the filing of an appeal
unless a waiver of the right to appeal is filed Furthermore, the
decision will not be executed while an appeal is pending or while a ca
se is before the BIA by way of certificatxion However, a stay of
execution of a deportation order requires that the appeal to the
BIA be the timely filed.
   b. Representation and Appearance   31 F Supp 2d 424.
. $ 50,000 for represe nting one apellant in capital muder direct
appeal, or
: $15,000 for representing one petitioner or movant in death penality
habes case at the appellate level.
counsel's time is compensated at a rate within a range of $ 75 to
$160 per hour.   464,481 choise of Plan   124 L. Ed 2d 133
36- Removal.
2112. 124. L. Ed 306   18. U.S.C 3006 A (d) (1) or (2)
   3002. courts. always open Rule
Distingvished in gilmore v Taylor, 508 U.S 333. 113 s. ct

27 consumer product warranty Act

Research References
West's Key Number Digest, ALternative Ddispupute Resolution 114

congress has enacted legislation to encorage warrantors of
of the consumer products to establish procedures wherely consumer
disputes are fairly a nd expeditiously settled through informal
dispute settlement mechanisms.

III. APPLICATION TO PARTICULAR DISPUTES

Research References
7 specialized courts
Research References

west's key Number DIge st, Federal courts  491, 492
pursuant to constitutional auth ority, the supreme court has been
granted jurisdition by congress to review various decisions of
the federal coerts other than the co urts of appeals and the district
courts including, for example, the court of appeals for the Armed forc
es. In addition, the foreign Intelligence surveillance Act provides
for review by the supreme court by writ of certiorari of certain
decisions of the Foreign Intelligence surveillance court.

2. state court Decisions
a. General principles

Mckesson corp. v. Division of Alcoholic Beveranges and tobacco, Dept.
of Business REgulation of Florida, 496 u .s. 18. 110 s ct.2238, 110 L.
ED.2d17 (1990)

TRANSMIMISSION OF THE RECORD

4. BRIE●● briefs. 2283.

In addition to other pertinent Rules of Appellate procedure. the
following provicion shall apply to appeals taken from proceedings
recorded by videotape:

a. citation. tape reference. Each citation to portions of video recor-
ded proceedings shal be to the date and time the event ocurred, as
prieted on the videotape. such references in  a brief to a segment of
the videotape recordinngs (hereinafter referred to as a tape reference
shal set forht in parentheses the  word. "tape".  the number of the vi
deotape, and the month, day. year, hour, minute and second at which th
e videotape. (For example; TAPE No 1; 12/02/88; 13:24:06)
b. Record Excerpts. Record excerpts shall adhere to the procedures set
forth the october 15, 1990 revision  of local rule 30. 1 except that
no more than 25 pages of the allowable 40 pages of optional contents (
(30.1.6.) may be transcript payes of the proceeding.

In the event videotape is submitted as part of the record excerpts, the videotape must be certified original recording or copy provided to the parties by the clerk of the district court.
(C) judges  subgect the procedure.

3.2 joint Notice of Appeal
when parties have filed a joint notice of appeal, only one appeal will be docketed and only one docketing fee paid. parties filing a joint notice  of appeal chall.file a single consolidated brief adn appendix.
source; None
cross-references FRAP 3 (b), 28(i), 31
comments: New provision.
3.3. payment of fees
sourse:None
cross-refences FRAP 4
committee comments:New provision. This rule has been added to emphasize that a request for an expedited appeal should be made promptly.
FRAP 5. Appeal by permission
(For text of rule, see Federal Rules of Appellate procedure.)

LAL 5.0 Appeal by permission under 28 u.s.c.$1292(b) *Abrogated*
5.1 petition for permmission to appeal*Abrogated*
Reason for elimination of LAR. 5.1. Fed. R.App. p. 5(b). which sets forth the contents of a petition for permission to appeal, requires that the petition include "the question itself." This requizement makes LAR. 5. 1 unnecessary.
FRAP 5.1. Appeal by leave under 28 u.s.c. $ 636(c)(5) *ABROGATE*

D. DEFINITIONS.

III.DEFINITIONS
A. CJA The Criminal Justice Act.
   1B USC 3006A
IV. CJA PANEL.

INTERPRETIVE NOTES AND DECISIONS

under former rule, extension of time for filling bill of exceptions did not take the place of the requirement for filing the transcript record return day or within such additional time as may be granted by the district judge or a judge of the appellate court. united states v mosley (1934, CA 5 Miss) 68 F2d 372.

A federal court of appeals has the power, in the exercise of its discretion, to extend the time for filing and docketing record on appeal even though the time prescribed has expared, unated states v bowen (1962, CA5 Fla) 310 F2d 45, 6 FR serv 2d 1228.

31. 2-- briefs time for Filing Briefs of Intervenors or Amicus curiae. The time for filing the brief of the intervinor or amicus is extended until 7 days after the filing of the principal brief of the party supported by the intervinor Or amicus.

INTERNAL OPERATING PROCEDURES

see also 5th cir. R31. 2.
FRAP 2). APPENDIX TO the Briefs
(FOR text of rule. see Federal Rules of Appellate Procedure.)

PLAN FOR REPRESENTATION ON APPEAL UNDER THE CRIMINAL JUSTICE ACT
(Effective january 1, 1996; Revised February 1, 2005)
(Effective March 1. 1991)

1. APPLICATION
66. protest demostrations
Free exercise of religion does not entitle nuclear weapons property in accordance with with their religius beliefs. unated states v Allen (1985, CA2 NY) 760 F2d 447.

(FDCPA)
190. legal actions by debt collectors
Research References.
west key Number Digest, Consumer Protection
-10

RULE 7. review by the judicial concil

TnE judicial concil may, consistent with 28 u.sc .£352 (d), delegate
the reviw process to rotating panels drawn at random with power to act
on behalf of the full conucil.
(A) mail voting. if the judicial council does no opt to act though
rotating panels. the following procedures shal apply:
(1) Each member of the judicial concil will vote to either affirm
the chief judges disposition or place the matter on the agenda
of at meeting of the judicial council.
(2) votes will tabulated by the active circuit judge who is most
senior in date of commmission and not disqualified.
(3) in the event that    all council members are dis qualified,
a petition for rewiew will referred to the judicial conference of
the united states.
(4) if more than two-thirds of the votes are to affirm, the chief judg
ers order will be affirmed. if as many as as one-third of the
members vote to place the petition on the agenda it wiill be scheduled
for the next meeting of the judicial council.
(B) vote at judicial concil. Action by the judicial conuncil shall
be by majory ty vote of the members present and voting.
(C)Notice of council decision. (1) The order of the judicial council.
together any accompanying memorandum, will provide to the complainant
the subject judge.
(2) the petitioner will    be notified that the lawprovid
es for no fuheer review of an unfavorable decision.
(3)1 f the order of the judicial council affims the chief judge's
disposition, a supporting memorandum will be prepafed only if the judi
cial   councl    concludes that there is a   need to supplement
the chief judge's explanation.
(D) public availa bity of judicial concil decision. Materials
related to the judicial council's will be made public only at the
and the maner set forth in rule 16.
(Amended oct 1, 1994; Nov. 22,1996; july 15, 2003.)

Federal court Designs.

a Court Appeal Decisions

noticia OF APPEAL. 5 effect Award

170 Dividends

24. Fredom of Information Act.

40. Unloaded firearm

1184. Plea.
An objection to Process is not Ituaitable on
appeal. unless the Party has Placed his objec-
tion upon the record by aregular Plea. Toland
V. Sprague. 12 Pet 300.

4 L. Ed. 1093

207. Property of Person under guardianship.

34. State Y Hough 585 N.w 2d 393 (minn. 1998)
Annotations: Teacher's civil liability for adminis-
tering Corporal Punishment to Pupil, 43
A.L. R 2d 469 7 (a)      83. Thompson Y Johnson 180
F2d 431 5th Cir. 1950. (applying Mississipi law) Martin Y Ebert,
245 wis. 341 13 N. w 2d 907, 152 ALR. 1142
(1944)
16 12 in equity
Assignments of error based upon the refusal of
Instructions in a suit in equity in which the
verdict is only advisory to the court cannot be
entertained on Appeal Mc Kinley Creek U. S
563 22 S. Ct 84 E46 L. ed. 331.

1314. Civil to restrain harassment of a victim or witness.

(a) (1) A united States district Court Upon Aplicable

(1) EFECT OF AND FURTHER. PROCEEDINGS PEW, REVIEW. SUPERSEAS STAY, OR INJUNTION.

2. RIGHT TO. AND AUTHORETY to GranT. Supersedeas, STAY. OR Injuntion

4.13, Generally
TITLE II APPEAL FROM A JUDGMENT OR ORDER OF A District~~Rule~~. Court

Rule 3. APPEAL. as OF RIght How

(a) Filing the noticia of Appeal.

Bankruptcy. 10. Collier on Bankruptcy
(to ~~Collier~~ Mattchew Bender 15th ed Rev)
Ch 8019 Suspension of Rules in Part XIII
8019.01. 8019 RH.

1470. Transfer obscene material to minors.

28. Hasbro, Inc. V serafino 958 F. Supp. 19 (D. Mass 1497). related reference, 966 F. Supp. 108 (D mass. 1997) related reference, 37 F. Supp. 2d 441 (D. mass. 1999.)

24. weston compagnie de finance et D. Investissement S. A Y LA Republica del Ecuador 823 F supp. 1106 (S.D.N.Y 1993). related reference 1993 WL 267282 (S D N.Y. 1993) related reference 1993 WL 287644 (S.D.N.Y/ 1993) (Applying New york law.

Forms: Answer - Denial of Assault and battery 2 Am Jur Pl y Pr Forms (Rev) Assault and Battery Form 201.
By Wright V Starr 42 Nev. 441 174 P 877. 6 ALR 981 (1919)
85. 61A Am Jur. 2d. Pleading 287
186, Restatement and Uniform.
Comercial. Code,
VCC. 2-210 Involving delegation of Per for mance and Assignment of rights was significantly amended in 2003, as was the official Comentary.

1468. Distributing obscene material by cable or subcription television.

124. Restatement rule

IV. FORM AND REQUISITES 113-143

A. in General. 113.127

III. notice to debtor

ASSESSMENTS FOR Public IMProVEMENTS

See See Special or Local. ASSESSMENTS.

Docked cr.9400 SL

Elias. Hernandez. m.

72347-008

ALien Emmigration.

2322. Unated States as PArty

All actions specified in Section 2331 of this title Shall be brought by or agoint the Unated states (June 25, 1948 C. 1948 C646 62 stat 964.)

15. State or tervirial. Control.

Research References

41 Am Jur 2d indians 47-50

482.

Officer means a united States district Court. Judge — Judicial.

a united States magistrate Judge.

(Added Pub. L. 101-650 title. I 103(a) title 111 321

Dec. 1 a990, 104 stat. 5046. 5117.)

Historical. AND STATUORY Nertes.

United States magistrate. in text Pursuant to Section
321, of Pub. L. 101 Set out as a note. under. 28 USCA
631.

. GOOD WILL

scope of topic: This topic the over Advantage
or benefit acquired in Consequence of the Public
Patronage of, or Public esteem for, an established
business.

Treated elsewhere is good will as an element to be
considered in the fixig of Public utility rates
(see Public utilities).

40. Priorities of creditors.

Research References.

37. Am Jur. 2d. Fraudulent Conveyces and and

Transfer 218-221

When a fraudulent Conveyance is set aside
Creditor of the grantor. Prior and Subsequently
to the Conveyande, Share Pro rata  Kehr v Smith,
20 wall 36.                    22 L Ed 313.

112. United States Courthose
280. South First Street A; 215 United States
San Jose, CA 95113.                Courhose 111, East
                                   Broadway street del
Docked: Cr. 9400 SL                Rio Tx. 78840
Elias Hernandez m. #72347-008/ceetion

Instruction For Prisioner's Informa Pauperis APli
Rule 8001 (e)-1 election to tranfer APPE
al to District Court
   (a) Tranfer. the Panel may tranfer an
appeal to the district Court to further
the interets of Justice, such as when a
timely statement of ection has been
filed in related Appeal or any other reason
the appeal, or for any other reason the
the Panel deems Apropriate.
   (b) Election Procedure when motion for leave
to Appeal is Pending if Apellant moves
for leave to Appeal Pursuant to FRB?
8003, and fails to the file a separate
noticia for Appeal concurrently with filing
the motion for leave, the motion for leave
shall be treated as if it were a notice of
Appeal for Purposes of calculating the
time Period for Filling an election.
            RESARH GUIDE
Federal Procedure:
   5 B Fed Proc L Ed. Bankrupcy 9-1837.
Craiy E. weineman Asst. Federal defen-
der Eugene OR. for Sefeihen Richard
Frank R. Papagni. U.S AAurney office.
eugene or for U.S.

348 Fees Effect of Delay in Payment.
Cases.
Notice of Appeal was timely filed. even though Party failed to sign check for filling fee. gross Common Carrier V Baxter Healthcare Corp. (1995, CA7 III) 51 F3d 703.
489. Abstract or abridgement of record.
Research. Refereces
Am Jur. Pleading and Practice Form, Notice Completion of transcripts By Clerk. Appeal and error 419 abstract of record Appeal and error 598.
490. Bill of exceptions
Research References.
Am Jur. Pleading and Practice Forms, Admission of Servise Proposed amendements to Propose bill of exceptions Appeal and Error 516 : Bill of exeptions General form Appeal and; error. 556.

1468. Distributing obscene material by cable or subcripton television.

61 Basis in equity and estoppel.
Research References.
West's Key Number Digest, Adoption
Modern Status of law as to equitable adoption or adoption by Estopel, 97 ALR 3d, 347
Equitable Adoption, 18 Am Jur. Prof. of facts.
2d 531
472. Hardship of withholding Judicial review
Research References
West's Key Number Digest Aministrative
Law and Procedure 701 to 706. 741 571
780 to 800
The doctrine of ripeness contains an exceptions
That permits early review when, for example, the legal question is "fit" for resolution and delay means hardship Hardship is present only when the Agency action in question has a direct and immediate effect on, or causes a chage in, the day to day behavior of the Complanig Party, the hardship invoked may be, for example.
(1) exposure to criminal Penalties for non Compliace.
(2) a loss of the benits Goverment Program Such as medical benifits of the gorvern ment Program, Such as medical.

benefits. Under Medicare or
(3) damage to their environment.
IX ACCES to Adoption Record 199 to 204)
   A. ACCESS to records of concluded
      proceedings 199 to 203.
   B. Access to Records of Pending
      proceedings 204)

   D Persons who may be Adopted
      26- Generally
      27. Adults.
      28. Effect of Porpose of Adoption
          of Adult.
      29. Blood relations. non matrim
          natural Children.
      30   Spueses nonc morital. sexual.
          local Partners.

   V. PARTIES
   Research References
   Adoption 11
   Annotation References
   A.L.R. Digest and child 16, 19
   ALR Index Adoption of Children.
      Trial. Strategy References.
   32 Am, Iur. Proof of Fact 3d. 83 25
   ABANDoned Lost AND Unclaimed
   Property 10 ADToINING LANDOWNER:
   I Key Number Table
      WESTIS DIGEST REFERENCES.

1470. Transfer obscene material to minors.

28. Hasbro, Inc. V serafino 958 F. Supp. 19
(D. Mass 1997). related reference, 966 F. Supp.
108 (D mass. 1997) related reference, 37 F.
Supp. 2d 44 (D. mass. 1999.)
24. weston Compagnie de finance et D.
Investissement S. A Y LA Republica del Ecuador
823 F Supp. 1106 (S.D.N.Y 1993). related reference
1993 WL 267282 (SDNY. 1993) related reference
1993 WL 287644 (S.D.N.Y/ 1993) (applying New
york law.

Forms: Answer - Denial of Assault and battery
2 Am Jur Pl y Pr Forms (Rev) Assault and Battery
Form 201.
By Wright V Starr 42 Nev. 441 174 P 877.
6 ALR 981 (1919)
85. 61A Am Jur. 2d. Pleading 287
186, Restatement and uniform.
Comercial. code,
UCC. 2-210 Involving delegation of Per Co
mance and Assignment of rights was significantly
amended in 2003, as was the official commentary.

Poticia of Appeal.

Law Reviw Articles: ~~Law Review~~ Court or Court or Jurisdiction
to Review Federal Administrative Action: Distric
34. Post office.    Court of Appeal 88 Harv.
Action Seeking reviw of Postmaster Generals L. Rev. 96
decision denying speial Postal rate was barred
by six year Statute of limitations contained in 28
USCS 2401.(a) Christian Beacon V unated States (1963
CA3 NJ) 322 F2d 512.

205. legality of arrest of & Seizure
. In Some Intances the cases. dealing with the
liability to attachment or garnishment. of mone,
or other Property Taken from Prisioners have
turned upon the question whether it was lawfolly
and Justifiably Taken from The Prisioners, it being
held that if it was unlafowfully taken from him,
it was not SuJect to attacment or garnisment
~~or~~ if the arrest or Seizure has been made Ille-
gally or in bab faith or if there was no Leaso
nable ground for believing that the Propery
Taken from the Prisoner had any Connection
with the offense or could be useful as
evidence on the trial Such Property has been
help not subJect to Attachment or garnish
ment. even though under the local. Attach
ment statutes an officer can be garnished
for money or other Property taken from
Prisioner. while under ~~witt~~ An arrest made

made in good faith if it APPears that there
was Problable ground for believing the Property
taken. was Connected with the offense for which
the arres was made or if the Property was
taken for the Proper Purpose of use as evidence
on the trial of the Charge Against the
Prisioners.
Not all Courts, however regard the legality
or Justifiability of the taking of money or
other Property from Prisioner as a Significant facto
they hold that the money or Property is no Atta
Chable or garnishable, in Acordance with the follow
ing theories, if the money or other Property was
taken and help lawfully and Justifiably then in
the absbense of special Statute on the suject
the Property is no Attachable, or garnishable.
because it is in Custodia legis if it was taken
and help illegally and ~~attached~~ unJustifiably, it is
not Subject to Process. because the officer was
a tresPasser with no right to the money or Proper
ty and the Prisoner is entitled to its return.

FEDERAL CIVIL JUDICIAL
PROCEDURE AND RULES INDEX.
References are to United States Code Annotated
unless otherwise noted.
Constitution of the united States (see text
following Appendix.)

Citation Abbreviations.

FRCVP            Federal Rules of civil Procedure.
MDL              Rules of Procedure of the Judicial
                 Panel on multidistrict litigation.
2254             Rules governing Section 2254 Cases (Habeus
                 Corpus.
2255             Rules governing section 2255 proceeding
                 (motion Attaking sentence).
FRE              Federal Rules of evidence.
FRAP.            Federal Rules Appellate Procedure.
SCt.             Rules of the Supreme Court of the united
                 States
EO.              Executive order Number

nt.              Note
1917. District Court: fee on filling notice of
        or Petition for Appeal.
Upon the filing of any separate or Joint Notice
of APPEAL or Application for Appeal or upon
the recipt of any order allowing or notice of
the allowance of an Appeal or for a writ of
certiorari 5 shall be paid to the clerk of
the district court by the Appellant or Petitioner
(June. 25. 1948 c. 646. 62 Stat. 955.)

2413. Executions in Favor of United States.

A writ execution on a Judgment obtained For the use of the United States in Any court thereof Shall be Issued, from and made returnable to the court which rendered the Judgment, but may be exuted in any other State, in any Territory or the District of Columbia (June 25, 1948, c 846 62 Stat 974).

2522  Noticia Of Appeal.

Review of a the decision at the united States Court of federal Claims Shall be obtained by filing a notice of appeal with the at the court of Federal Claims within the time and in the maner Prescribed for appeals to United States Courts of Appeals from the United Sates district Courts.

Added PUb. 97.164 Title I 139 (q) (1) APr 2 1982, 96 Stat. 44. and Amended Pub L. 102-572, title ix, 402 (a); oct 29 1992, 106 Stat. 4516.)

HISTORICAL AND STATUORY Notes

effective and Applicability Provisions;

1992 Acts. Amendent by litle ix of Pub. L. 102,572 effective oct 29 1992. See Section 911 of Pub L. 102 572. Set out as a note under Section 171 of title 28. Judiciary and Judicial Procedure

1982 Acts Section effective oct. 1 1982. See Section 402 of Pub L. 97-164. Set out as note under Section 171 of this title.

the owner of a railroad, although in debt
to those who aid in constructing it ~~but~~ by
furnishing material may still execute a mortage
ye on it which will be good ayaint unsecured
creditor Poster Y Pittsburg Bessemer Steel Co
(Poster Y Pittsburgh Bessemer Steel. Co.) 120
US 646 7 5 Ct 1206,

17. 5 military or Post roads
   Research References
39 Am Jur 2d, Highways Streets, and
Bridges 300
 40 Am Jur 2d, Hiyways Streets, and
Bridges 4 73 475
 Cross references
 Postal route telegraph line over See
 Supra. 17

Scope of Topic: this topic Covers Crimes
based on the Killing of a human being by
the by te act agency. or omission of Anther.
Such as muder negligent homicide, and volun-
tary or Involumtary manslanughter and excuces
of Defences Pertaing to Such Crimes what
reduces a killing to maslanghter, and excuces
and Defences Pertaining to Such Crimes. Also
Covered are Civil and criminal aspects gene
rally or Suicide and Attempts to Commit
Suicide.

Treated elsewhere are civil liability for homicide (See Death) and former jeopardy. Insanity and intoxication as defenses to homicide (See Criminal. Law) Matterrs asto Procedure and Proof are treated in Such topics as Appeal: Criminal Law: evidence. Indictments And Informations and trial..

III Treaties.
   27 Generally
   28 terms, and Constrution generally
   29 Force and effect.
   31 Paramount Power of Congress.

IV. tribial Rights And liabilities.
    32 generally.

Distinguinshed in Ash Sheep Co. V United States. 252. US 164 64 L Ed 510, 40 Sct 241 enJaining grazing of sheep an Indian land without their consent.

39.5 tribal. leages.
88. consent to lease.
Distinguished in United States V michell. 271 US 11, 70 L Ed 801, 46 S. 418 where estate income tax return is made on basis of Income actually received in taxable year there may not be deducted. estate tax arruing that year but Paid fell owing Year.

Distribu Distingished Amoco Production Co V Gambell, 480 US 202, 94 Ld Ed, 542, 107. S ct ct 1396, holding that Blo of Alaska National interest Land Conservation Act (16 uscs 3120) which Profects subsisten se uses of certain Public lands. Applies only to lannds within boundaries of Alaska, which do not enconpas outer Continental Shelf.

United States DIGEST
Supreme Court

Lawyers Edition
Issued December 2006
Cumulative suplement
to 2004 Bound
Volume 8A
By Publisher Editorical Stoff
Insert this in Pocket incide. Back cover
of Volume.
COVERING
US Vols 540 (Part .548
L. Ed 2 vols (557 p 1060 -165
S ct vols 124 Part) 126
Bound volume covers through
540 US (Part) (557) L Ed 2d p. 1059·121
S + ct (Part )

1514. Civil to restrain harassment of a victim or witness.
   (a) (1) A united States district court upon Aplicable

470. Payment.
   Cross References
   Due Prosses to, see infra 724.
   Singling out Persons firms or Corporations engage in mining and manufacturing as the anes to be forbidden to Issue orders for the Payment of labor not Purporting to be redeem able in money as is done by Va act of feb ruary 13, 1888 Amending and re enacting Law 1887, Chap 391, 3 does not render such sta tute invalid under US Const, 14th Amend. as Class legislation denying the equal Protect of the laws. Keokee Consol. Coke Co v. Taylor 234. U. S 224. 34 S. Ct. 856.
                                      58 L. Ed 128

made in good faith if if appears that there
was probable ground for believing the property
taken. was connected with the offense for which
the arres was made or if the property was
taken for the proper purpose of use as evidence
on the trial of the charge against the
Prisioners.
Not all courts, however regard the legality
or Justifiability. of the taking of money or
other property from prisioner as a significant factor
they hold that the money or property is no atta
chable or garnishable, in accordance with the follow-
ing theories if the money or other property was
taken and help lawfully and Justifiably then in
the abbense of special statute on the suject
the property is no attachable, or garnishable.
because it is in Custodia legis if it was taken
and help illegally and ~~trust a~~ unJustifiably, it is
not subject to process. because the officer was
a tresposser with no right to the money or proper
ty and the prisoner is entitled to its return.

noticia OF APPEAL.

170 Dividends

29. Fredom of Information Act.

40. Unloaded firearm

SHEPAD'S citations Service. For further re-
search authorities referenced here, use
SHEPARD. to be sure your case or Statute
is still good law and to find additional
authorities that support your Position SHEPA
is available exclusively from lexis Nexis

207. Property of Person under guardianship.

34. State V Hough 585 N.w 2d 393 (minn. 199
Annotations: Teacher's civil liability for admini
tering Corporal Punishment to Pupil, 43
A.L.R 2d 469 7 (a)    83. Thompson V Johnson
Cir. 1950. (applying Mississipi law) Martin V E
431 546 Cir. 1950. (applying Mississipi law) Martin V E
245 wis. 341 13 N. w 2d 907, 152 ALR. 1142
(1444)

**Attachment A**
**SPG4330.13**

U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

Administrative Remedy System
Informal Resolution Form

<u>NOTICE TO INMATE/PATIENT:</u> You are advised that prior to filing a Request for **Administrative** Remedy Form (BP-9), you <u>MUST</u> attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three (3) steps listed below:

1.    State below your specific complaint.
2.    State below what efforts you have made to resolve your complaint informally.
3.    State below what action or resolution you expect.

_____
_____
_____

_____    _____    _____
Signature                                            Reg. No.                                    Date

Correctional Counselor's Comments (Including actual steps taken to resolve).

_____
_____
_____
_____
_____
_____
_____

_____                    _____
Counselor's Signature                                              Date

Distribution:

I.    <u>If complaint is informally resolved</u>, forward original to the ████████████████ ████████

II.    If complaint is <u>NOT</u> informally resolved, forward original attached to BP-9 Form to the ████████████████████████.

III.

| Form Returned To Counselor | BP-9 Given To Inmate | BP-9 Returned To Counselor | BP-9 Delivered To Atty Advisor |
|---|---|---|---|
| Date | | | |
| Time | | | |
| Counselor | | | |

Richar W. WiEKING
CIER.
260 SOUTH First st. Suite 2112
SAN Jose 95113
(408) 535 5363
Tax (408) 535 5360

Petition Hc. 6-02. wpd (Rev. 6-2)
Pris. Applic. To Proin Forma.
Pauperis. Case N. Cr 9400 SL.

Prisioner's
Application. to Proceed
In Forma Pauperis.

1092 END
1- 1091
Contracte 517A

Section 59. 14
Restatement Second Agency 470, 18 USCA 1201 (a)

CHAPTER. 158. ORDER OF FEDERAL AGENCIES:
REVIEW.

2341 Definitions.
RESEARCH GUIDE
Texts: 1c: Benedict on Admiralty. Actudlitions 37.

2347. Petitions to review; Procceedings
Research. Guide
Federall Procedure:

2 Fed Proc L Ed, Administrative Procedure 2,263
273, 776, 288, 306, 369, 377, 381, 401

. 3. A. B. Am Jur 2d Aliens and 1737.
62 Am Jur Aliens 2d Post office.
Immigration

8. Immigration Law Procedure (rev ed.) Ch 104.
Judicial. Review 104.05 104.13.

Texts: 1C. Benedict on Admiralty Adjudicati-
ons 37.

142. Uncecled law.

Trial. Court did not Abuse its discretion in
holding that goverment's litigations Position was
Subtantially Justfid Purpuant to 28 USCS 2412(d)
(1)(A), Part to Equal Access to Justice Act,
gratuitous boilee was trus Properly denied,
Attorney fees. United States X 100,348.00 in
United States Currency (2004, CA9 cal) 354
F3d 1110.

Prevaling taxpayer was denied Attorney fees
because goverment Position that notice of Deter
mination was neet requiered was Substantially
Justified until new decision was rendered by tax
Court, and the goverment acted quickly to correct
error TCS Auto wholosale inc. Beene. (2002 ED was
2002-2 USTC 50752. 90 AFTR 2d 6754.
in suit by Attorney Seeking writ of mandumus to
recover Payment of fee award from commisioner
of Social Secury, because question of whether

Where government successfully sought dismissal.
of enlisted mens Appeal of decision by Army Board
for military Record for lack of subject matter Juri
diction under little Tucker Act. 28 USCS 1346 Award
of Attorney fees to enlisted man Purpusuant to
Equal Acces. to Justice Act. 28 USCS 2412 was
not warranted. gouerments decision to Purpose
motion to desmis. for Lack of Jusdition was.
reasonable and subtantially Justified because Cuurt
s Jurisdiction under little Tucker Act was.
nut as Clears as enlisted man reprented Callo
way V Brownless. 2005. DC. Dist. cal.) 400 FSupp
2d 52.


46. Law Youerning.
   For federal. Tort Act Claims 28. USC.S.2671
   et. Sep. Claims. question. of when cause of
   Action acrues. is matter of federal. law. Pace V
   United States. (2003.AD F(a) 16 FL.W Fed. D476.

   Text. Benedict on Admiralty. AdJudications
       37.
   B. Tolling limitations. Period

   72. generally
       fraudalent concealment and duress are both
       Available for tolling. Claims Under Federed.
       Tort Claims Act Rakes. V united States (200?
       CA1 Mass) 442 F3d 7.

Elias Hernandez m.
#72347-008
Medical Center For Federal. Prisoners.
Springfield. missori 65801-
P O Box 4000

RECEIVED

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA