**E-filing**

**FILED**
APR 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RMW**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Unites States Of America, Plaintiff,

vs.

Elias Hernandez. M., Defendant.

CV 08 2238

CASE NO. ~~CV-9400 52~~

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

**(PR)**

I, Elias Hernandez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A    Net: N/A

Employer: Forms. N/A Motion to discharge or dissolve writ attachment, 6A Federal procedure Forms 4 Fd. Criditor's provisional, remedies 19:72.

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I working in the Dep. recreation. Area
5  or
6  Aircraft.
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

|   |   |   | Yes | No |
|---|---|---|-----|----|
| 9 | a. | Business, Profession or self employment | ___ | ✓ |
| 11 | b. | Income from stocks, bonds, or royalties? | ___ | ✓ |
| 13 | c. | Rent payments? | ___ | ✓ |
| 14 | d. | Pensions, annuities, or life insurance payments? | ___ | ✓ |
| 16 | e. | Federal or State welfare payments, Social Security or other government source? | ___ | ✓ |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ Inc. + Hibrids V gowers
22  Seed Ass'n 219 Neb. 296.363 N.W. 2d 362 (1985 related
    reference 228 Neb 306 422 N.W. 2d 542 (1988).
23  3.    Are you married?                                    Yes ___ No ✗
24  Spouse's Full Name: Elias Hernandez M.
25  Spouse's Place of Employment: N/A
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ 0                         Net $ 0
28  4.    a.    List amount you contribute to your spouse's support: $ 0

- 2 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).

5  Bros. 63 okla ___ 261, 164 P. 663 (1917):
6  Black Hill Mercantile Co. v Bender 59, S.D 241
7  5. 25 V.W 883, 86 ALR 585 (1431) Do you own or are you buying a home? Yes ___ No _X_
8  Estimated Market Value: $ _N/A 0_  Amount of Mortgage: $ _0_
9  6.  Do you own an automobile?  Yes ___ No _✓_
10 Make _____  Year _____  Model _____
11 Is it financed? Yes ___ No ___  If so, Total due: $ _0_
12 Monthly Payment: $ _0_
13 7.  Do you have a bank account?  Yes ___ No _✓_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15                                    _N/A_
16 Present balance(s): $ _0_
17 Do you own any cash? Yes ___ No _✓_ Amount: $ _0_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _0_                          Utilities: _N/A_
23 Food: $ _0_                          Clothing: _N/A_
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 _____                   $ _____                 $ _____
27 _____                   $ _____                 $ _____
28 _____                   $ _____                 $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes _✓_   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  HALLOSC. Send. Appeal. 2255 AND 2254
10 SAN Francisco AND sunJose CA

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   3-4-08                          Elias Hernandez m.
17      DATE                         SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

Case Number: **Cr. 94005 L**

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Elias Hernandez M.** for the last six months
[prisoner name]
**M.C. Sprigfield, Miss.** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: **4/4/08**         [signature] Mental Health Unit
[Authorized officer of the institution]
Counselor.