E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELIAS HERNANDEZ MORENO )
                Plaintiff,          )  CV 08  2238
                                    )  CASE NO: _____
vs.                                 )
                                    )  PRISONER'S
                                    )  APPLICATION TO PROCEED
                                    )  IN FORMA PAUPERIS
USA             Defendant.          )
                                    )                    (PR)

I, E. Hernandez Moreno, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _C___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: F Determination   Net: 754.1 In general. c.Aq or [2003]
Employer: 811. In General. CA.DC 2003.
751. Limitation of scope of review in general
C.A.D.C 2003

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____NOT EMPLOYED, HAS MENTAL_____
6  _____DISABILITY_____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ____ No ✓
10         self employment
11    b.   Income from stocks, bonds,             Yes ____ No ✓
12         or royalties?
13    c.   Rent payments?                         Yes ____ No ✓
14    d.   Pensions, annuities, or                Yes ____ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ____ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __C.A.7. (wis) 2003_____
22  _____
23  3.   Are you married?                         Yes ____ No ✓
24  Spouse's Full Name: 52, People's Sav. Bank v Smith, 210
25  Spouse's Place of Employment: Iowa 136.230 rev. 565, 69,ALR.B99
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____0_____ Net $_____0_____
28  4.   a.   List amount you contribute to your spouse's support:$ __N/A__

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   706 negative or Affirmative nature.
6   L.A.D.C. 2003.
7   5.   Do you own or are you buying a home?           Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                      Yes ___ No ___
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ___ No ___ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No ___
20  53. Jenkins v Neff, 186 US 230, 46, L E 1140
21  8.   What are your monthly expenses?  22 Sct. 905
22  Rent: $_____                Utilities: _____
23  Food: $_____                Clothing: _____
24  Charge Accounts:
25  Name of Account      Monthly Payment      Total Owed on This Acct.
26  54. O'Connors v Banker Trust. $ Co. 159 misc.
27  920, 289 NY5s 252, affd 253 $ App. Div. 714,
28  1 NY52d 641 affd 278 NY 649, 16 $ NE2d 302 Ft 20
    V State Bank of foresville, 229. Wis 452 282, NW
                                                    634.

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

30.50 Am Jur. 2d Letter of Credit.

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV. 9999 008.2238 RMW 0082232 RMW

San Jose And San Francisco

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5 May 2008                                    Elias Hernandez m.
DATE                                          SIGNATURE OF APPLICANT

MARY WELCH
Notary Public, State of Missouri
Greene County
Commission # 07023566
My Commission Expires July 09, 2011

7/9/v

5/6/08

Case Number: 08-2238

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ELIAS H. M. [prisoner name] for the last six months Springfield, missouri [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

Dated: 5/6/08

[Authorized officer of the institution]

7/9/11

THIS inmate is indigent etc. needs notorize He's also blind

MARY WELCH
Notary Public, State of Missouri
Greene County
Commission # 07023566
My Commission Expires July 09, 2011

5-6-08

Elias. Hernandez morales
H72347-008



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

MAY 13 2008   USPS