*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIAS HERNANDEZ-MORALES, | ) | No. C 08-2238 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| MARTY ANDESON, | ) | (Docket No. 4) |
| Respondents. | ) | |

Petitioner, a federal prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is currently incarcerated at a medical center for federal prisoners in Springfield, Mississippi. In the petition, he states that he is challenging a federal conviction and sentence obtained in Del Rio, Texas, for illegal re-entry after deportation. Petitioner states that he previously filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255.

Petitioner may not proceed with the instant petition under 28 U.S.C. § 2254. Section 2254(a) allows a federal court to entertain a petition for a writ of habeas corpus only "in behalf of person in custody pursuant to the judgment of a state court." 28 U.S.C. § 2254(a). As petitioner is a federal prisoner challenging a conviction and sentence from

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Hernandez238dis        1

1  federal court, he may not obtain federal habeas relief under 28 U.S.C. § 2254.  While
2  petitioner may challenge his federal conviction or sentence in a motion filed under 28
3  U.S.C. § 2255, such a motion must be filed in the federal district court in Texas where he
4  was convicted and sentenced.  See United States v. Addonizio, 442 U.S. 178, 185 (1979).
5  As petitioner indicates that he has previously filed a motion to vacate his sentence under
6  28 U.S.C. § 2255, he is cautioned that he must first obtain certification from the United
7  States Court of Appeals before he may challenge the same sentence or conviction a
8  second time under 28 U.S.C. § 2255.  See 28 U.S.C. § 2255.

9      For the reasons discussed above, the instant petition is DISMISSED for failure to
10  state a cognizable claim for relief.  The application to proceed in forma pauperis is
11  GRANTED.

12      The clerk shall terminate docket number 4 and close the file.

13      IT IS SO ORDERED.
14  Dated: 7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
15  United States District Judge