*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIAS HERNANDEZ-MORALES, | ) | No. C 08-2238 RMW (PR) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| ANDESON, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The court has dismissed the instant petition for a writ of habeas corpus. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

Dated:    7/1/08

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.08\Hernandez238jud                1