

nt 5    Filed 07/03/2008    Page 1 of 2

*E-FILED - 7/3/08*

ES DISTRICT COURT

STRICT OF CALIFORNIA

No. C 08-2238 RMW (PR)

ORDER OF DISMISSAL

(Docket No. 4)

pro se, filed a petition for a writ of habeas

er is currently incarcerated at a medical

ssissippi. In the petition, he states that he is

obtained in Del Rio, Texas, for illegal re-

e previously filed a motion to vacate his

ant petition under 28 U.S.C. § 2254.

tain a petition for a writ of habeas corpus

o the judgment of a state court." 28 U.S.C.

challenging a conviction and sentence from

28

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Hernandez238dis        1